**John E. WASHBURN, Director of Insurance for the State of Illinois, Plaintiff-Appellant,**

v.

**Gene RABUN, d/b/a Rabun's Insurance Agency, Defendant-Appellee.**

**No. 84–7093.**

United States Court of Appeals, Eleventh Circuit.

May 23, 1986.

Edmon L. Rinehart, Montgomery, Ala., for plaintiff-appellant.

Andrew P. Campbell and Clark Watson, Birmingham, Ala., for defendant-appellee.

Before GODBOLD, Chief Judge, ANDERSON, Circuit Judge, and THORNBERRY *, Senior Circuit Judge.

PER CURIAM:

This court certified to the Supreme Court of Alabama three questions determinative of whether, under Alabama law, the federal district court was correct in holding that Washburn's complaint stated a cause of action against Rabun individually. *Washburn v. Rabun*, 755 F.2d 1404 (11th Cir. 1985).

The Alabama Supreme Court has answered all three questions in the negative. *Washburn v. Rabun*, 487 So.2d 1361 (Ala. 1986). The answers establish that the district court did not err in holding that Washburn did not state a cause of action.

AFFIRMED.

---

* Honorable William H. Stafford, Jr., Chief U.S. District Judge for the Northern District of Florida, sitting by designation.